7

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JACK Q. JONES, | * | |
|     Plaintiff | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98-094 |
| | * | |
| BERT ROBINSON, PHYLLIS | * | |
| ROBINSON, and FEDERAL EXPRESS | * | |
| CORPORATION, | * | |
|     Defendants | * | |

**ORDER GRANTING MOTION TO ADMIT ATTORNEY PRO HAC VICE**

CAME ON this day the Motion to Admit Attorney Pro Hac Vice filed herein by Defendant Federal Express Corporation, and the Court after having reviewed the Motion and the pleadings on file herein, is of the opinion that the same should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendant Federal Express Corporation's Motion to Admit Attorney Pro Hac Vice be GRANTED and R. Jeffrey Kelsey is hereby permitted to practice before this Court.

SIGNED for entry this 2ᴺᴰ day of October, 1998.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE