8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
NOV 1 0 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JACK Q. JONES, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-94 |
| | § | |
| BERT ROBINSON, PHYLLIS ROBINSON, and FEDERAL EXPRESS CORPORATION, | § § § | |
| Defendants. | § | |

## ORDER

On this day came on to be heard Plaintiff's Jack Q. Jones Motion for Substitution of Counsel in the above entitled and numbered cause.

IT IS HEREBY ORDERED that Plaintiff's Motion be, and the same hereby is, **DENIED**.

DONE at Brownsville, Texas this 9 day of November, 1998.

John Wm. Black
United States Magistrate Judge