11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JACK Q. JONES, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. B-98-94 |
| | ) | |
| BERT ROBINSON, PHYLLIS ROBINSON, and FEDERAL EXPRESS CORPORATION, | ) | |
|     Defendants. | ) | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the Motion of Attorney Aizar J. Karam, Jr., for leave to withdraw as attorney of record for the Plaintiff, *JACK Q. JONES* was presented to the Court, and the Court being of the opinion that the same should be GRANTED, it is accordingly,

ORDERED by the Court that Attorney Aizar J. Karam, Jr., is hereby granted leave to withdraw as attorney of record for the Plaintiff, *JACK Q. JONES*, in the above entitled and numbered cause and that Marcus C. Barrera be and is hereby substituted as counsel for Plaintiff.

SIGNED this 19 day of November, 1998.

_____
JUDGE PRESIDING

AGREED AS TO FORM & CONTENT

BARRERA & TIJERINA, P.C.
Summit Park North
837 E. Esperanza, Suite A
McAllen, Texas 78501
(956) 686-1755
(956) 687-1855 Fax

By: _____
Marcus C. Barrera
State Bar No. 00790271

Law Office of Jose E. Garcia
4301 N. McColl Road
McAllen, Texas 78504
(956) 630-0081
(956) 630-3631 (fax)

By: _____
    Aizar J. Karam, Jr.
    State Bar No. 00796860