/2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JACK Q. JONES § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-094 |
| § | |
| BERT ROBINSON, PHYLLIS ROBINSON, § | |
| AND FEDERAL EXPRESS CORPORATION § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND
## DENYING PLAINTIFF'S MOTION FOR REMAND

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of November 9, 1998 should be **ADOPTED**.

For the reasons stated in the Magistrate Judge's Report and Recommendation cited above, IT IS THEREFORE **ORDERED** that Plaintiff's Motion to Remand be **DENIED**.

DONE in Brownsville, Texas, on this 13 day of _____ 1998.

Hilda G. Tagle
United States District Judge