24

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
**ENTERED**
JUN 2 6 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JACK Q. JONES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-094 |
| | § | |
| BERT ROBINSON, PHYLLIS ROBINSON | § | |
| AND FEDERAL EXPRESS CORPORATION | § | |

TYPE OF CASE:    __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING.

**HEARING ON ISSUE OF ATTORNEY'S FEES**

PLACE:                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                           DATE AND TIME:

**AUGUST 7, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 23, 2000

TO:     MR. MARCUS BARRERA
        MR. ROBIN C. HOBLIT
        MR. JOSEPH RODRIGUEZ