IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| JACK Q. JONES, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-94 |
| | § | |
| BERT ROBINSON, PHYLLIS | § | |
| ROBINSON, and FEDERAL EXPRESS | § | |
| CORPORATION, | § | |
|     Defendants. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 11, 2000 should be **ADOPTED.**

IT IS ORDERED that the Defendant's Motion for Partial Summary Judgment be **GRANTED.** It is further ORDERED that Defendant Federal Express pay Plaintiff Mr. Jack Q. Jones Five Hundred Dollars ($500.00) in damages.

DONE at Brownsville, Texas this 16 day of August, 2000.

                                                        Hilda G. Tagle
                                                      United States District Court Judge

United States District Court
Southern District of Texas
ENTERED
AUG 17 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk