**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JACK Q. JONES, § | |
| Plaintiff, § | |
| § | |
| § | |
| V. § | CIVIL ACTION NO. B-98-94 |
| § | |
| BERT ROBINSON, PHYLLIS § | |
| ROBINSON, and FEDERAL EXPRESS § | |
| CORPORATION, § | |
| Defendants. § | |

## NOTICE OF STATUS CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, Jack Q. Jones, and requests from the court through this Notice, that a Status Conference be set in order to inquire about scheduling the trial of this matter.

On or about August 21, 2000, a Notice of Settlement was filed with the U.S. District Clerk's office at the Court's request, announcing that Plaintiff had reached a settlement with ONLY one of the Defendants, Federal Express Corporation. The causes of action between Plaintiff, Jack Q. Jones against Bert Robinson and Phyllis Robinson are still pending and have not been resolved. A trial on the matter will be necessary.

Apparently, the court has inadvertently closed the file as settled as to all parties and Plaintiff requests that the above-referenced cause be set for trial.

Respectfully Submitted,

BARRERA & TIJERINA, P.C.
100 West Pecan
McAllen, Texas 78501
Tel.: (956) 686-1755
Fax: (956) 687-1855

BY: _____
Marcus C. Barrera
Federal I.D. No. 18209

ATTORNEY FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been forwarded, via facsimile transmission and regular mail, to:

Mr. R. Clay Hoblit
Mr. Stephen R. Darling
CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470

Tony Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

on this 22 day of February, 2001.

_____
Marcus C. Barrera