31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JACK Q. JONES | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-094 |
| | § | |
| BERT ROBINSON AND PHYLLIS | § | |
| ROBINSON AND FEDERAL EXPRESS | § | |
| CORPORATION | § | |

## DEFENDANTS' DESIGNATION OF CO-COUNSEL

NOW COMES **CHAVES, GONZALES & HOBLIT, L.L.P.**, attorneys for Defendants

BERT ROBINSON and PHYLLIS ROBINSON, and files this its Designation of Co-Counsel in

the above-entitled and numbered cause, and would respectfully notify the Court and all parties to

this case that Stephen R. Darling and R. Clay Hoblit of the law firm of Chaves, Gonzales &

Hoblit, L.L.P., are serving as counsel for the Defendants in the instant matter.

The mailing address for Stephen R. Darling is as follows:

> **CHAVES, GONZALES & HOBLIT, L.L.P.**
> **One Riverwalk Place, Suite 1800**
> **700 North St. Mary's Street**
> **San Antonio, Texas  78205**
> **Telephone: (210) 224-9991**
> **Telecopier: (210) 226-1544**

The mailing address for R. Clay Hoblit is as follows:

> **CHAVES, GONZALES & HOBLIT, L.L.P.**
> **802 N. Carancahua Street, Suite 2000**
> **Corpus Christi, Texas  78470**
> **Telephone: (361) 888-9392**
> **Telecopier: (361) 888-9187**

Respectfully submitted,

**CHAVES, GONZALES & HOBLIT, L.L.P.**
One Riverwalk Place, Suite 1800
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-9991 [telephone]
(210) 266-1544 [facsimile]

By:_____
STEPHEN R. DARLING
State Bar No. 05386500

**ATTORNEYS FOR DEFENDANTS,
BERT ROBINSON AND
PHYLLIS ROBINSON**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been mailed by Certified Mail, Return Receipt Requested; Facsimile transmission; or Hand-delivery on this the ___1___ day of March, 2001 to:

Mr. Joseph A. Rodriguez
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78520

Mr. Marcus C. Barrera
BARRERA & TIJERINA, P.C.
100 West Pecan
McAllen, Texas 78501

_____
STEPHEN R. DARLING

2