34

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
APR 0 9 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

JACK Q. JONES     §
    §
versus     §    CIVIL ACTION B-98-94
    §
BERT ROBINSON, et al     §

## Order Setting Docket Call and Jury Selection

1. Dispositive Motions will be filed by:     __4-30-01__

2. Joint pretrial order is due on:     __6-18-01__
   *Plaintiff is responsible for filing the pretrial order on time.*

3. The docket call and final pretrial conference has been set for 1:30 p.m. on:     __7-5-01__

4. Jury selection is set for 9:00 a.m. on:     __7-9-01__
   *The case will remain on standby until tried.*

*Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.*

Signed __April 6__, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge