3

United States District Court
Southern District of Texas
FILED

JUN 2 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JACK Q. JONES | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-094 |
| BERT ROBINSON AND PHYLLIS ROBINSON AND FEDERAL EXPRESS CORPORATION | § § § | |

## DEFENDANTS' ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW BERT ROBINSON AND PHYLLIS ROBINSON, hereinafter referred to as Defendants in the above-styled and numbered cause, and advise the Court as follows:

1. On or about April 9, 2001, the Court issued an Order Setting Docket Call and Jury Selection. Said Order is attached hereto as Exhibit A and is incorporated by reference as if fully set forth herein.

2. As indicated by Exhibit A, the Honorable Court ordered that a Joint Pretrial Order be filed with the Court on or before June 18, 2001. The Court's order clearly states it is Plaintiff's responsibility to see that said Joint Pretrial Order is filed on time.

3. Defendants have made attempts to confer with Plaintiff regarding this matter. Despite such attempts, Defendants respectfully advise the Court that they have received no response from Plaintiff's counsel. Consequently, at this time, Defendants are unable to submit a Joint Pretrial Order for the Court's review.

4. Further, Defendants would advise the court that it now appears that subject matter jurisdiction in this cause of action is now lacking. This cause of action was originally filed in

the 197th Judicial District Court of Cameron County, Texas, on April 24, 1998. Bert Robinson and Phyllis Robinson were named as Defendants. On June 10, 1998, Plaintiff filed his Second Amended Original Petition naming Federal Express as an additional Defendant. Invoking federal question jurisdiction, Federal Express removed this cause to federal court on or about July 2, 1998. Plaintiff and Defendant Federal Express thereafter resolved their differences. In support thereof, Defendant respectfully directs the Court's attention to a correspondence sent to Plaintiff's counsel by counsel for Federal Express dated October 12, 2000. Said correspondence is attached here as Exhibit B and is incorporated by reference as if fully set forth herein. Consequently, it is Defendants' belief that all federal questions pertinent to this matter have been resolved.

As such, Defendants respectfully advise the Court that it now appears that it lacks subject matter jurisdiction in this matter and that this matter must be remanded to state district court. As per 28 U.S.C. § 1447(c), when there is no subject matter jurisdiction, remand to state court is mandatory. 28 U.S.C. § 1447(c); *International primate Protection League v. Tulane Educ. Fund*, 560 U.S. 72, 89 (1991).

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Court remand this cause back to the 197th Judicial District Court of Cameron County, Texas, enter a judgment that Defendants go hence with all costs of court and expenses incurred herein, and/or for all such other and further relief, general, special, legal, and equitable, to which Defendants may be entitled.

Respectfully submitted,

CHAVES, GONZALES & HOBLIT, L.L.P.
One Riverwalk Place, Suite 1800
700 North St. Mary's Street
San Antonio, Texas 78205

2

(210) 224-9991 [telephone]
(210) 266-1544 [facsimile]

By: /s/ Stephen R. Darling
STEPHEN R. DARLING
State Bar No. 05386500

**ATTORNEYS FOR DEFENDANTS,
BERT ROBINSON AND
PHYLLIS ROBINSON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been mailed by Certified Mail, Return Receipt Requested; Facsimile transmission; or Hand-delivery on this the 18 day of June, 2001 to:

Mr. Marcus C. Barrera
BARRERA & TIJERINA, P.C.
100 West Pecan
McAllen, Texas 78501

/s/ Stephen R. Darling
STEPHEN R. DARLING

34

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

JACK Q. JONES      §
     §
versus      §    CIVIL ACTION B-98-94
     §
BERT ROBINSON, et al      §

United States District Court
Southern District of Texas
ENTERED

APR 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

Calendared

## Order Setting Docket Call and Jury Selection

1. Dispositive Motions will be filed by:     4-30-01

2. Joint pretrial order is due on:     6-18-01
   *Plaintiff is responsible for filing the pretrial order on time.*

3. The docket call and final pretrial conference has been set for 1:30 p.m. on:     7-5-01

4. Jury selection is set for 9:00 a.m. on:     7-9-01
   *The case will remain on standby until tried.*

*Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.*

Signed _April 6_, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

**EXHIBIT A**

## RODRIGUEZ, COLVIN & CHANEY, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP
1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

LAURA J. URBIS
LECIA L. CHANEY
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ
TERI L. DANISH
DARRYL E. ATKINSON

*BOARD CERTIFIED IN PERSONAL
 INJURY TRIAL LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
 EMPLOYMENT LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION

October 12, 2000

<u>Via CM/RRR #7000 0520 0021 7399 0544</u>

Mr. Marcus C. Barrera
Barrera & Tijerina, P.C.
100 West Pecan
McAllen, Texas 78501

Re:  Civil Action No. B-98-094, U.S. District Court,
     Southern District of Texas, Brownsville Division,
     <u>Jack O. Jones vs. Federal Express et al</u>
     Our File No. 17,068

Dear Mr. Barrera:

I am in receipt of the executed General Release and Settlement Agreement in connection with the above-referenced matter.

Enclosed please find check No. 5971281 issued by Federal Express in the amount of $3,500.00, which sum represents payment of all sums due and owing to your client from my client, Federal Express Corporation.

Thank you for your courtesies and cooperation in this matter. If you have any questions or comments, please do not hesitate to call.

Very truly yours,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Joseph A. (Tony) Rodríguez

JAR/vbl
Enclosure
cc:  Stephen R. Darling
     Chaves, Gonzales & Hoblit, L.L.P.
     2000 Frost Bank Plaza
     802 N. Carancahua
     Corpus Christi, Texas 78470

**EXHIBIT B**

McALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, BUILDING A-2, 78504, TELEPHONE (956) 686-1287 TELECOPIER (956) 686-6197
HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0213 TELECOPIER (956) 423-2035