36

# UNITED STATES DISTRICT COURT TEXAS

# SOUTHERN DISTRICT OF

United States District Court
Southern District of Texas
FILED

JUN 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JACK Q. JONES | § | |
| | § | |
| *versus* | § | CIVIL ACTION  B-98-94 |
| | § | |
| BERT ROBINSON | § | |

## Order Re-Setting Docket Call and Jury Selection

1.  Joint pretrial order is due on:                     _8-22-01_
    *Plaintiff is responsible for filing the pretrial order on time.*

2.  The docket call and final pretrial conference
    has been set for 1:30 p.m. on:                     _9-6-01_

3.  Jury selection is set for 9:00 a.m. on:            _9-10-01_
    *The case will remain on standby until tried.*

4.  Each party shall appear by an attorney with full knowledge of the facts
    and authority to bind the client.

Signed _____June 22_____, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge