

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Jones, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-98-94 |
| Robinson, et al | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on August 10, 2001 the Court **ORDERED** counsel to appear via telephone for a status conference on August 23, 2001 at 4:00 p.m.

DONE at Brownsville, Texas, this 10th day of August 2001.

_____
Hilda G. Tagle
United States District Judge