40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 1 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JACK Q. JONES | § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-094 |
| BERT ROBINSON AND PHYLLIS ROBINSON AND FEDERAL EXPRESS CORPORATION | § § § | |

### DEFENDANTS' DESIGNATION OF LEAD COUNSEL AND CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **CHAVES, GONZALES & HOBLIT, L.L.P.,** attorneys for Defendants BERT ROBINSON and PHYLLIS ROBINSON, and files this its Designation of Lead Counsel and Co-Counsel in the above-entitled and numbered cause, and would respectfully notify the Court and all parties to this case that Rudy Gonzales, Jr. will serve as lead counsel and Catherine D. Tobin will serve as co-counsel for the Defendants in the instant matter.

The mailing address for Rudy Gonzales, Jr. and Catherine D. Tobin is as follows:

**CHAVES, GONZALES & HOBLIT, L.L.P.**
**802 N. Carancahua Street, Suite 2000**
**Corpus Christi, Texas 78470**
**Telephone: (361) 888-9392**
**Telecopier: (361) 888-9187**

Respectfully submitted,

**CHAVES, GONZALES & HOBLIT, L.L.P.**
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470
(361) 888-9392 [telephone]
(361) 888-9187 [facsimile]

By: _____
RUDY GONZALES, JR.
State Bar No. 08121700
Federal ID No. 1896
CATHERINE D. TOBIN
State Bar No. 24013642
Federal ID No. 25316

**ATTORNEYS FOR DEFENDANTS,
BERT ROBINSON AND PHYLLIS ROBINSON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded via facsimile transmission on this the 16th day of August, 2001 to:

Mr. Marcus C. Barrera
BARRERA & TIJERINA, P.C.
100 West Pecan
McAllen, Texas  78501

_____
Rudy Gonzales, Jr.

2