43



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JACK Q. JONES, | § | |
|     Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-094 |
| | § | |
| BERT ROBINSON, PHYLLIS | § | |
| ROBINSON, and FEDERAL EXPRESS | § | |
| CORPORATION, | § | |
|     Defendants. | § | |

### DEFENDANT'S DESIGNATION OF LEAD COUNSEL AND CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES **BARRERA & TIJERINA, P.C.**, attorneys for Plaintiff Jack Q. Jones, and files this its Designation of Lead Counsel and Co-Counsel in the above-entitled and numbered cause, and would respectfully notify the Court and all parties to this case that Jaime E. Tijerina will serve as lead counsel and Marcus C. Barrera will serve as co-counsel for the Plaintiff in the instant matter.

    The mailing address for Jaime E. Tijerina and Marcus C. Barrera is as follows:

**BARRERA & TIJERINA, P.C.**
**100 W. Pecan**
**McAllen, Texas 78501**
**Telephone: (956) 686-1755**
**Facsimile: (956) 687-1855**

ClibPDF - www.fastio.com

Respectfully Submitted,

BARRERA & TIJERINA, P.C.
100 West Pecan
McAllen, Texas 78501
(956) 686-1755
(956) 687-1855 (fax)

BY: _____
Jaime E. Tijerina
State Bar No. 00794741
Federal ID No. 19440

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded via facsimile transmission on this 21st day of August, 2001 to:

Mr. Rudy Gonzales, Jr.
Ms. Catherine D. Tobin
CHAVES, GONZALES & HOBLIT, L.L.P.
802 N. Carancahua Street, Suite 2000
Corpus Christi, Texas 78470

_____
Jaime E. Tijerina