


IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 24 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JACK Q. JONES, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-094 |
| | § | |
| BERT ROBINSON, PHYLLIS | § | |
| ROBINSON, and FEDERAL EXPRESS | § | |
| CORPORATION, | § | |
| Defendants. | § | |

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, Jack Q. Jones, and files this response to defendants' motion to remand and asks the court to deny the motion.

### A. Introduction

1. Plaintiff is Jack Q. Jones; defendants' are Bert Robinson, Phyllis Robinson, and Federal Express Corporation.

2. Plaintiff sued defendant for negligence, bailment and breach of contract in the 197th District Court of Cameron County, Texas, Cause No. 98-041690-C.

3. Plainfiff, filed an ammended petition on June 8, 1998 and Added Federal Express as a defendant

4. Defendant, Federal Express filed notice of removal and the case was removed.

5. On August 16, 2001, defendant, Bert Robinson and Phyllis Robinson filed a motion to remand.

## B. Argument

6. The court may remand a case on the basis of any defect identified in a motion for remand made within 30 days after the filing of the notice of removal under 28 U.S.C. §1446(a). 28 U.S.C. §1447(c).

7. The court should deny defendants' motion to remand because there is complete diversity between the parties. *See Darden v. Ford Consumer Fin. Co.*, 200 F.3d 753, 755 (11th Cir. 2000). Plaintiff is a citizen of Arizona and defendants are citizens of Texas and the plaintiff is seeking an amount in excess of $75,000.00, excluding interest, costs and attorney fees. Accordingly, diversity jurisdiction exists.

## C. Conclusion

8. For these reasons, plaintiff asks the court to deny the motion to remand and retain the case on the court's docket.

Respectfully Submitted,

BARRERA & TIJERINA, P.C.
100 West Pecan
McAllen, Texas 78501
Tel.:  (956) 686-1755
Fax:   (956) 687-1855

By: _____
Jaime E. Tijerina
Federal I.D. No. 19440

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded via facsimile transmission on this 24th day of August, 2001 to:

Mr. Rudy Gonzales, Jr.
Ms. Catherine D. Tobin
CHAVES, GONZALES & HOBLIT, L.L.P.
802 N. Carancahua Street, Suite 2000
Corpus Christi, Texas 78470

_____
Jaime E. Tijerina

ClibPDF - www.fastio.com