# Civil Chambers Minutes

| | | | | |
|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | |
| CASE MANAGER | Stella Cavazos | | | |
| LAW CLERK | ■ Roberts    ☐ Koerner | | | |
| DATE | 09 | 05 | 01 | |
| TIME | 3:15 | p.m. | 3:56 | p.m. |
| | | p.m. | | p.m. |
| CIVIL ACTION | B | 98 | 094 | |
| STYLE | Jones *versus* Robinson, et al. | | | |

United States District Court
Southern District of Texas
FILED

SEP 0 5 2001

Michael N. Milby
Clerk of Court

DOCKET ENTRY

(HGT)    ■ Status Conference via telephone;          Motion Hearing;

Jaime Tijerina (lead counsel)                                   for    ■ Ptf. #_____

Catherine Togan (lead counsel) Rudy Gonzalez (2nd chair) for    ■ Deft. #_____

☐    All motions not expressly decided are denied without prejudice.

☐    Evidence taken [exhibits or testimony].

■    Argument heard on:  ☐ all pending motions;    ■ Following motions

■    Motions taken under advisement:

☐    Order to be entered.

☐    Miscellaneous review set:_____

■
**Comments:**

1.  The parties were advised that the Judge denied Defendant's Motion to Remand by written order today.

2.  Plaintiff's attorney indicated he will be deposing a Federal Express ("FedEx")employee in a few days regarding why FedEx found the package suspicious and the circumstances

1

under which it was intercepted.

3. Plaintiff's attorney indicated that his client is planning to testify regarding the shipment of the package.

4. Plaintiff's attorney stated that Plaintiff sent the package via FedEx because there was a separate insurance policy arrangement with Mueller covering the package.

5. The parties discussed the details of the packaging for the diamonds. Two separate Federal Express Packages were sent to Defendant. The more expensive marquis diamond, valued at $19,000, was in one box and the other two diamonds ($17,000 + $12,000 respectively) were sent in a separate FedEx box. Plaintiff will testify as to the value of the diamonds. Inside each FedEx box, the diamonds were packaged in nesting boxes. Nesting boxes are two separate boxes: a smaller box that nests inside another box. The nesting boxes were preaddressed by means of a stamp or label. The Plaintiff stated that two FedEx boxes were sent because the insurance would not cover all the diamonds if they were shipped together.

6. Defendants' attorneys stated that Phyllis Robinson will testify that on receipt she opened the boxes, inspected the contents, returned the contents to the box and asked her husband to return them to FedEx. Mr. Robinson will testify that a FedEx employee recommended that the FedEx boxes (the same ones that had been shipped to Defendants and subsequently opened) should be used again and taped together for shipment. The parties state that when FedEx intercepted the shipment they found that the box allegedly containing the most expensive diamond was empty and the box allegedly containing the other two diamonds contained only the least expensive one.

7. The parties state that they are still far apart in settlement negotiations. Plaintiff made a demand of $60,000.00 and Defendant countered by offering $5,000.00.

8. Defendant's Attorney stated that he will object to any parol evidence regarding a memorandum that would change the terms of the alleged contract.

9. The Judge advised the parties to submit an amended pretrial order by docket call on Thursday, September 6, 2001.