52

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

SEP 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JACK Q. JONES §
§
versus § CIVIL ACTION B-98-094
§
BERT ROBINSON, et al §

# Order Setting Jury Selection and Trial

Jury selection has been set for: **_September 12, 2001 at 8:00 a.m._** Attorneys are to report at 7:30 a.m. Trial will commence immediately after jury selection.

Signed _September 7_, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com