# Felix Recio, Judge Presiding
# SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2001

Michael N. Milby
Clerk of Court

Date:       Sep 11, 2001, 10:10 am

----------------------------------------------------------------

## C.A. NO. B-98-094(HGT)

----------------------------------------------------------------

| | | |
|---|---|---|
| JACK Q. JONES | * | Jaime E. Tijerina<br>& Marcus C Barrera |
| VS | * | |
| BERT ROBINSON | * | Rudy Gonzales, Jr<br>& Catherine D. Tobin |
| And PHYLLIS ROBINSON | * | |

----------------------------------------------------------------

## TELEPHONIC CONFERENCE

Telephonic conference held with attorneys Tijerina and Tobin. Mr. Tijerina informed the Court that Plaintiff, JACK Q. JONES, is in Arizona and his flight has been cancelled.

The parties have agreed to trial before this Court. A 636(c) consent will be filed.

The jury selection and trial set for September 12, 2001, is cancelled.

Jury selection and trial is tentatively set for September 17, 2001, at 9:00 a.m.