# UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

JACK Q. JONES §
§
versus § CIVIL ACTION NO. B-98-094
§
BERT ROBINSON, ET AL §

United States District C...
Southern District of T...
ENTERED

SEP 1 1 2001

Michael N. Milby, Clerk
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Catherine D Tobin  Catherine Tobin | defendants Bert & Phyllis Robinson | 9/11/01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

9/11/01
Date

_____
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JACK Q. JONES | § | |
| | § | |
| versus | § | CIVIL ACTION NO. B-98-094 |
| | § | |
| BERT ROBINSON, ET AL | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Jaime E. Tijerina | Jack Jones | September 11, |
| | | |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

| | |
|---|---|
| _____ | _____ |
| Date | United States District Judge |

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**