

# Felix Recio, Judge Presiding
# SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2001

Michael N. Milby
Clerk of Court

Date:     Sep 12, 2001, 1:45 pm

---

## C.A. NO. B-98-094(636(c))

---

| | | |
|---|---|---|
| JACK Q. JONES | * | Jaime E. Tijerina<br>& Marcus C Barrera |
| VS | * | |
| BERT ROBINSON | * | Rudy Gonzales, Jr<br>& Catherine D. Tobin |
| And PHYLLIS ROBINSON | * | |

---

## TELEPHONIC CONFERENCE

Telephonic conference held with attorneys Tijerina, Gonzales and Tobin.

Jury selection is hereby set for Monday, September 17, 2001, at 2 p.m. Trial will commence Tuesday, September 18, 2001, at 9:00 a.m.

ETT: 1 day