IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JACK Q. JONES | § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-094 |
| BERT ROBINSON AND PHYLLIS ROBINSON AND FEDERAL EXPRESS CORPORATION | § § § | |

## DEFENDANTS' OBJECTIONS TO DEPOSITION TESTIMONY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Bert Robinson and Phyllis Robinson, Defendants in the above style and numbered cause and files this their Objections to Deposition Testimony.

**Deposition of John B. Musa:**

| | |
|---|---|
| Page 8-9, Lines 24-7 | Objection, hearsay |
| Page 9, Lines 11-19 | Objection, hearsay |
| Page 10-11; Lines 19-10 | Objection, hearsay |
| Page 14, Lines 17-25 | Objection, hearsay |
| Page 27-29, Lines 25-9 | Objection, hearsay |
| Page 50, Lines 13-19 | Objection, hearsay |
| Page 50-51, Lines 24-2 | Objection, hearsay |
| Page 68, Lines 3-9 | Objection, hearsay |
| Page 69, Lines 3-24 | Objection, hearsay |

**Deposition of William D. Hoeft:**

| | |
|---|---|
| Page 13, Lines 13-16 | Objection, hearsay |

ClibPDF - www.fastio.com

Respectfully submitted,

CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470
(361) 888-9392 [telephone]
(361) 888-9187 [facsimile]

By: *Catherine D. Tobin*
DOUGLAS E. CHAVES
State Bar No. 04161400
Federal ID No. 1875
CATHERINE D. TOBIN
State Bar No. 24013642
Federal ID No. 25316

ATTORNEYS FOR DEFENDANTS,
BERT ROBINSON AND PHYLLIS ROBINSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded on this the 17th day of September 2001 to:

VIA HAND DELIVERY:
Mr. Jaime Tijerina
BARRERA & TIJERINA, P.C.
100 West Pecan
McAllen, Texas 78501

*Catherine D. Tobin*
Catherine D. Tobin