#4&8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 17 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JACK Q. JONES | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-094 |
| | § | |
| BERT ROBINSON AND PHYLLIS | § | |
| ROBINSON AND FEDERAL EXPRESS | § | |
| CORPORATION | § | |

## UNOPPOSED DESIGNATION OF ATTORNEY-IN-CHARGE AND CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **CHAVES, GONZALES & HOBLIT, L.L.P.,** attorneys for Defendants BERT

ROBINSON and PHYLLIS ROBINSON, and files this its Unopposed Designation of Attorney-in-Charge

in the above-entitled and numbered cause, and would respectfully notify the Court and all parties to this

case that Douglas E. Chaves will serve as attorney-in-charge and Catherine D. Tobin will serve as co-

counsel for the Defendants in the instant matter. The parties in this case are unopposed to this filing.

The mailing address for Douglas E. Chaves and Catherine D. Tobin is as follows:

> **CHAVES, GONZALES & HOBLIT, L.L.P.**
> **802 N. Carancahua Street, Suite 2000**
> **Corpus Christi, Texas 78470**
> **Telephone: (361) 888-9392**
> **Telecopier: (361) 888-9187**

Respectfully submitted,

**CHAVES, GONZALES & HOBLIT, L.L.P.**
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470
(361) 888-9392 [telephone]
(361) 888-9187 [facsimile]

By: _Catherine D. Tobin_
   DOUGLAS E. CHAVES

State Bar No. 04161400
Federal ID No. 1875
CATHERINE D. TOBIN
State Bar No. 24013642
Federal ID No. 25316

**ATTORNEYS FOR DEFENDANTS,
BERT ROBINSON AND PHYLLIS ROBINSON**

## CERTIFICATE OF CONFERENCE

Attorney for Plaintiff, Jaime Tijerina, has been contacted regarding this designation and has no objection thereto.

_____
Catherine D. Tobin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded on this the 17th day of September 2001 to:

**VIA HAND DELIVERY:**
Mr. Jaime Tijerina
BARRERA & TIJERINA, P.C.
100 West Pecan
McAllen, Texas  78501

_____
Catherine D. Tobin

2

ClibPDF - www.fastio.com