59

United States District Court
Southern District of Texas
FILED

SEP 17 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JACK Q. JONES | § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-094 |
| BERT ROBINSON AND PHYLLIS ROBINSON AND FEDERAL EXPRESS CORPORATION | § § § § | |

**DEFENDANTS' MOTION TO STRIKE EXPERT TESTIMONY OF
JAIME E. TIJERINA BASED ON PLAINTIFF'S UNTIMELY DESIGNATION**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME BERT ROBINSON and PHYLLIS ROBINSON, Defendants in the above-entitled and numbered cause, and file this their Motion to Strike the Expert Testimony of Jaime Tijerina Based on Plaintiff's Untimely Designation and would show unto the Court the following:

I.
Facts

This lawsuit involves the shipment and return of three diamonds, only one of which was received by the original sender. On or about November 15, 1996, Defendant Phyllis Robinson received a Federal Express package from the Plaintiff. Plaintiff sent Defendant Mrs. Robinson three (3) diamonds for her inspection. Upon her inspection, Defendant Mrs. Robinson determined she did not want to purchase the diamonds, thus Defendants returned them to Plaintiff via the same Federal Express package. Federal Express accepted said diamonds for

return shipment to Plaintiff, but Plaintiff allegedly failed to receive two (2) of the three (3) diamonds that were sent.

## II.
## Background

On or about September 12, 2001, Defendants received via facsimile Witnesses of Plaintiff Jack Q. Jones, attached hereto as Exhibit "A". In this document, plaintiff untimely designated Jaime E. Tijerina, himself, as the attorney who will testify as to attorney's fees in this case.

## III.
## Argument & Authorities

Pursuant to Federal Rule of Civil Procedure 37 (c) a party that without substantial justification failed to disclose information required by Rule 26(a) or 26(e)(1), is not, unless such failure is harmless, permitted to use as evidence at a trial, any witness or information not so disclosed.

When a party fails to comply with a court's discovery order, the trial court can impose sanctions. Fed.R.Civ.P. 37 (outlining sanctions that a trial court may impose upon a party for failing to comply with discovery order). Specifically, a court may strike an expert witness who has not been timely designated pursuant to the court's discovery order. *Id.* Based on this rule, the expert testimony of Jaime E. Tijerina should be stricken based on Plaintiff's untimely designation.

WHEREFORE, PREMISES CONSIDERED, Defendants request that its Motion to Strike the Expert Testimony of Jaime E. Tijerina Based on Plaintiffs' Untimely Designation be granted.

2

Respectfully submitted,

**CHAVES, GONZALES & HOBLIT, L.L.P.**
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470
(361) 888-9392 [telephone]
(361) 888-9187 [facsimile]

By: *Catherine D. Tobin*
Douglas E. Chaves
State Bar No. 04161400
Federal ID No. 1875
Catherine D. Tobin
State Bar No. 24013642
Federal ID No. 25316

**ATTORNEYS FOR DEFENDANTS,
BERT ROBINSON AND PHYLLIS ROBINSON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been hand delivered on this the 17th day of Sept, 2001 to:

Mr. Jaime E. Tijerina
Marcus C. Barrera
BARRERA & TIJERINA, P.C.
100 West Pecan
McAllen, Texas 78501

*Catherine D. Tobin*
**Catherine D. Tobin**

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JACK Q JONES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-094 |
| | § | |
| ~~[redacted]~~ ROBINSON AND FEDERAL EXPRESS CORPORATION | § | |

## ORDER

On the ____ day of _____, 2001, came on to be heard Defendants' Motion to Strike the Expert Testimony of Jaime E. Tijerina Based on Plaintiff's Untimely Designation. The Court, having considered the motion and the arguments of counsel, is of the opinion that said Motion should be, and is hereby, GRANTED. It is, therefore,

ORDERED, ADJUDGED, AND DECREED, that Defendants' Motion to Strike the Expert Testimony of Jaime E. Tijerina Based on Plaintiff's Untimely Designation is hereby granted. The Plaintiff shall take nothing on his claims against these Defendants, and Defendants shall recover the costs of prosecuting this Motion.

SIGNED, ORDERED AND ENTERED this ____ day of _____, 2001.

_____
JUDGE PRESIDING

# BARRERA & TIJERINA, P.C.
## ATTORNEYS AND COUNSELOR AT LAW

100 WEST PECAN
McALLEN, TX 78501

MARCUS C. BARRERA
JAIME E. TIJERINA

TEL (956) 686-1755
FAX (956) 687-1855
e-mail: bt@southtexaslawyer.com

September 12, 2001

**VIA FAX (361) 888-9187**
Rudy Gonzales, Jr.
Catherine Tobin
CHAVES, GONZALES &
HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

RE: **Civil Action No. B-98-94;** *Jack Q. Jones v. Bert Robinson, Phyllis Robinson and Federal Express Corporation, in the Southern District of Texas, Brownsville Division.*

Dear Mr. Gonzales:

Enclosed please find an updated List of Witnesses of Plaintiff, Jack Q. Jones in the above-referenced matter.

Should you have any questions regarding the above, please feel free to call our office.

Regards,

BARRERA & TIJERINA, P.C.

By: _Melissa K. Rodriguez_
Melissa K. Rodriguez
Paralegal to Jaime E. Tijerina

:mkr
Enclosures


EXHIBIT "A"

## WITNESSES OF PLAINTIFF JACK Q. JONES

### A. Will Call Witnesses

Reserving the right to supplement this list upon reasonable notice prior to trial, Plaintiff Jack Q. Jones identifies the following individuals as witnesses who will be called to testify at trial of this matter:

Jack Q. Jones
15610 Sunburst Dr.
Fountain Hills, AZ 85268
602/971-2110

The above listed witness, Jack Jones, is the Plaintiff in the above-referenced matter and has relevant information regarding the transaction made the basis of this lawsuit.

Bert J. Robinson
82 Pizarro
Rancho Viejo, TX 78575

Phyllis Robinson
82 Pizarro
Ranch Viejo, TX 78575

The above listed witnesses are the Defendants in the above-referenced matter and have relevant information regarding the transaction made the basis of this lawsuit.

Tim Robinson
14223 Yerba Buena Way
Fountain Hills, AZ 85268

The above listed witness is the son of the Defendants and has relevant information regarding the transaction made the basis of this lawsuit.

John Musa
FEDERAL EXPRESS CORPORATION
Harlingen, TX

The above listed witness, John Musa, is an investigator for Federal Express who will testify about the security procedures used by Federal Express.

Jaime E. Tijerina
BARRERA & TIJERINA, P.C.
100 West Pecan
McAllen, Texas 78501

)                                        )

The above listed witness, Jaime E. Tijerina, is an attorney who will testify as to attorney's fees in this case.

**B. May Call Witnesses**

Federal Express Corporation Employees, Including But Not Limited To:
Abdullah
Wilma D. Bray (Manager, Ground Operations)
Charlene Bailey
Mike Carter
Kirk Fascio
Greg Finck
Rick Gillett
Letty Gonzales
Bill Henrickson
Bill Hoeft
S. Hurd
Tim Lukasik (#125813)
Esther Martinez (Sr. Service Agent)
Jim Morgan
Maira Murphy
Larry Priddy
Cris Robles
Madelyn Strong
Harold Taylor
Address Unknown
FEDERAL EXPRESS CORPORATION
Harlingen, TX and Various Unknown

The above listed witnesses are employees, agents, and/or servants of Federal Express Corporation and may have relevant information regarding the transaction made the basis of this lawsuit:

Further, Plaintiff may call as witnesses the following:

1. Any witness listed in this matter by Defendant.

2. Any witness to whom a subpoena has been or will be issued in this matter by Defendant.

3. Any witness whose deposition has been or will be taken in this matter.

4. Any witness identified through further discovery in this matter.

5. Any witness necessary to authenticate any disputed document.

Further, if other witnesses to be called at the trial become known, their names, addresses, and the subject of their testimony will be reported to opposing counsel in writing as soon as they are known. This does not apply to rebuttal or impeachment witnesses.