Case 1:98-cv-00094   Document 61   Filed in TXSD on 09/17/2001   Page 1 of 1

61

```
COURTROOM MINUTES:  Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk     :    M Garcia
Law Clerk           :    R Byrd
Court Reporter      :    Ed Reed                                SEP 17 2001
CSO                 :    Escobedo
Date                :    September 17, 2001 at 2:00 pm          Michael N. Milby, Clerk of Court
-----------------------------------------------------------------
CASE CA NO. B-98-94 (636(c))
JACK Q JONES                              *           J TIJERINA

VS                                        *

BERT ROBINSON AND PHYLLIS ROBINSON         *          D CHAVES
                                                      C TOBIN
-----------------------------------------------------------------
```

## 1st DAY----- JURY TRIAL

Case called; All parties appeared and announced ready for jury selection;
Jury panel sworn; (oath to jurors before voir dire)
Voir Dire began at 2:10 P.M.;

    Jury selected; 8 jurors. *Trial to commence on September 18, 2001 at 9:00 a.m.*

    Jury sworn; Rule invoked; Preliminary jury instruction read by the Court;
    Jurors excused;

Court proceeds with pending motions;
Court **grants** the Unopposed Motion for Designation of Counsel;
Court **denies** the Deft's Motion to strike testimony;

Court take a 25 minute recess (3:20 p.m.);

Court resumes at 3:45 p.m.;

Court will revisit question of attorney fees tomorrow 9/18/01;
Both parties are in agreement to the Motion in Limine;

As to depositions testimony, the only deposition in dispute is on page 10;
Court sustains objections as to 10 and 11 and 14;

Plaintiff has 21 exhibits;
Defendant objects to exhibits 7,8 and 9 (affidavits);
Court overrules objections;

Defendant objects to exhibits which refer to internal e-mails;
Defendant states if not introduced to the Jury does not object;
Defendant objects to exhibit 19;
Court sustains this objection;

Court adjourned.