6̃

Jurors Selected On September 17, 2001          For Case # CV B-98-094

Case Style Jones vs Robinson

Jury Trial Date September 17, 2001

Judge: Felix Recio                              Time: 2:00 P.M.

Juror's Names:

1. Timothy Mejorado

2. Mayte P. Gonzalez

3. Arthur W. Maxwell

4. Jose Abel Anorga

5. Claudia G. Rodriguez

6. Jorge A. Moreno

7. Claudia V. Ledezma

8. Betty V. Houghtaling

United States District Court
Southern District of Texas
FILED

SEP 1 7 2001

Michael N. Milby
Clerk of Court