63

United States District Court
Southern District of Texas
FILED

SEP 1 7 2001

Michael N. Milby
Clerk of Court

## AMENDED EXHIBITS OF DEFENDANTS BERT AND PHYLLIS ROBINSON

CAB-98-94

| EXH # | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPO-SITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Federal Express Airbill from Phyllis Robinson to Jack Jones dated 11/15/96 | | | | | | |
| 2. | Memorandum dated 11/13/96 | | | | | | |
| 3. | Memorandum dated 11/14/95 | | | | | | |
| 4. | Deposition of Jack Jones | | | | | | |
| 5. | Deposition of Bert Robinson | | | | | | |
| 6. | Deposition of Phyllis Robinson | | | | | | |
| 7. | Affidavit of Bert Robinson | | | | | | |
| 8. | Affidavit of Phyllis Robinson | | | | | | |
| 9. | Affidavit of Tim Robinson | | | | | | |
| 10. | Deposition of William Hoeft | | | | | | |
| 11. | Deposition of John Musa | | | | | | |

Further, without waiving any objection as to their admissibility, Defendants may seek to introduce into evidence at trial the following:

1. Any document sought to be introduced by Plaintiff at trial.
2. Any document listed as an exhibit by Plaintiff.
3. Any document obtained through further discovery in this matter.
4. Any document required to rebut Plaintiff's claims.