64

## AMENDED WITNESSES OF DEFENDANTS BERT AND PHYLLIS ROBINSON

A. **Will Call Witnesses**

CAB-98-94

Reserving the right to supplement this list upon reasonable notice prior to trial, Defendants Bert and Phyllis Robinson identify the following individuals as witnesses who will be called to testify at trial of this matter:

Bert J. Robinson
82 Pizarro
Rancho Viejo, TX 78575

Phyllis Robinson
82 Pizarro
Rancho Viejo, TX 78575

United States District Court
Southern District of Texas

SEP 17 2001

The above listed witnesses are the Defendants in the above-referenced matter and have relevant information regarding the transaction made the basis of this lawsuit.

William Hoeft
8329 Paseo Vista Drive
Las Vegas, Nevada 89128; (702) 869-2520.

The above listed witness is a Federal Express employee and has relevant information regarding the inspection of the package and investigation thereof.

John Musa
Federal Express Corporation
1400 East Southern, Suite 500
Tempe, Arizona 85282

The above listed witness is a Federal Express employee and has relevant information regarding the investigation of the package made the basis of this lawsuit.

B. **May Call Witnesses**

Tim Robinson
14223 Yerba Buena Way
Fountain Hills, AZ 85268

The above listed witness is the son of the Defendants and has relevant information regarding the transaction made the basis of this lawsuit.

Jack Q. Jones  
Mindy Jones  
15610 Sunburst Dr.  
Fountain Hills, AZ 85268  
602/971-2110  

The above listed witness, Jack Jones, is the Plaintiff in the above-referenced matter and has relevant information regarding the transaction made the basis of this lawsuit. His wife, Mindy Jones, also has relevant information regarding the transaction made the basis of this lawsuit.

Federal Express Corporation Employees, Including But Not Limited To:  
Abdullah  
Wilma D. Bray (Manager, Ground Operations)  
Charlene Bailey  
Mike Carter  
Kirk Fascio  
Greg Finck  
Rick Gillett  
Letty Gonzales  
Bill Henrickson  
Bill Hoeft  
S. Hurd  
Tim Lukasik (#125813)  
Esther Martinez (Sr. Service Agent)  
Jim Morgan  
Maira Murphy  
John Musa (Security)  
Larry Priddy  
Cris Robles  
Madelyn Strong  
Harold Taylor  
Address Unknown  
FEDERAL EXPRESS CORPORATION  
Harlingen, TX and Various Unknown  

The above listed witnesses are employees, agents, and/or servants of Federal Express Corporation and may have relevant information regarding the transaction made the basis of this lawsuit.

Further, Defendants may call as witnesses the following:

1. Any witness listed in this matter by Plaintiff.

2. Any witness to whom a subpoena has been or will be issued in this matter by Plaintiff.

2

3. Any witness whose deposition has been or will be taken in this matter.

4. Any witness identified through further discovery in this matter.

5. Any witness necessary to authenticate any disputed document.

    Further, if other witnesses to be called at the trial become known, their names, addresses, and the subject of their testimony will be reported to opposing counsel in writing as soon as they are known. This does not apply to rebuttal or impeachment witnesses.