65

CAB-98-94

## EXHIBITS OF PLAINTIFF JACK Q. JONES

| EXH # | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPO-SITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Federal Express Airbill from Phyllis Robinson to Jack Jones dated 11/15/96 | | | | | | |
| 2. | Memorandum dated 11/13/96 | | | | | SEP 17 2001 | |
| 3. | Memorandum dated 11/14/96 | | | | | | |
| 4. | Deposition of Jack Jones | | | | | | |
| 5. | Deposition of Bert Robinson with videotape | | | | | | |
| 6 | Deposition of Phyllis Robinson with videotape | | | | | | |
| 7. | Affidavit of Bert Robinson | | | | | | |
| 8. | Affidavit of Phyllis Robinson | | | | | | |
| 9. | Affidavit of Tim Robinson | | | | | | |
| 10. | Fed Ex original box taped together | | | | | | |
| 11. | Small container box #1 | | | | | | |
| 12. | Small container box #2 | | | | | | |
| 13. | Telephonic Deposition of Bill Hoeft | | | | | | |
| 14. | Pictures of boxes and documents | | | | | | |
| 15. | 13 pages of Fed Ex Investigative Reports | | | | | | |

Further, without waiving any objection as to their admissibility, Plaintiffs may seek to introduce into evidence at trial the following:

1. Any document sought to be introduced by Defendants' at trial.
2. Any document listed as an exhibit by Defendants'.
3. Any document obtained through further discovery in this matter.
4. Any document required to rebut Defendants' claims.
5. Any evidence inadvertently left out of this document but previously produced to defendants.