66

## WITNESSES OF PLAINTIFF JACK Q. JONES

**A. Will Call Witnesses**

CAB-98-94

Reserving the right to supplement this list upon reasonable notice prior to trial, Plaintiff Jack Q. Jones identifies the following individuals as witnesses who will be called to testify at trial of this matter:

Jack Q. Jones
15610 Sunburst Dr.
Fountain Hills, AZ 85268
602/971-2110

SEP 1 7 2001

The above listed witness, Jack Jones, is the Plaintiff in the above-referenced matter and has relevant information regarding the transaction made the basis of this lawsuit.

Bert J. Robinson
82 Pizarro
Rancho Viejo, TX 78575

Phyllis Robinson
82 Pizarro
Ranch Viejo, TX 78575

The above listed witnesses are the Defendants in the above-referenced matter and have relevant information regarding the transaction made the basis of this lawsuit.

Tim Robinson
14223 Yerba Buena Way
Fountain Hills, AZ 85268

The above listed witness is the son of the Defendants and has relevant information regarding the transaction made the basis of this lawsuit.

John Musa
FEDERAL EXPRESS CORPORATION
Harlingen, TX

The above listed witness, John Musa, is an investigator for Federal Express who will testify about the security procedures used by Federal Express.

**B. May Call Witnesses**

Federal Express Corporation Employees, Including But Not Limited To:
Abdullah

      Wilma D. Bray (Manager, Ground Operations)
          Charlene Bailey
           Mike Carter
           Kirk Fascio
           Greg Finck
           Rick Gillett
          Letty Gonzales
          Bill Henrickson
           Bill Hoeft
            S. Hurd
        Tim Lukasik (#125813)
      Esther Martinez (Sr. Service Agent)
           Jim Morgan
          Maira Murphy
          Larry Priddy
           Cris Robles
          Madelyn Strong
          Harold Taylor
         Address Unknown
      FEDERAL EXPRESS CORPORATION
      Harlingen, TX and Various Unknown

  The above listed witnesses are employees, agents, and/or servants of Federal Express Corporation and may have relevant information regarding the transaction made the basis of this lawsuit:

  Further, Plaintiff may call as witnesses the following:

1. Any witness listed in this matter by Defendant.

2. Any witness to whom a subpoena has been or will be issued in this matter by Defendant.

3. Any witness whose deposition has been or will be taken in this matter.

4. Any witness identified through further discovery in this matter.

5. Any witness necessary to authenticate any disputed document.

  Further, if other witnesses to be called at the trial become known, their names, addresses, and the subject of their testimony will be reported to opposing counsel in writing as soon as they are known. This does not apply to rebuttal or impeachment witnesses.