```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
Law Clerk          :    R Byrd
Court Reporter     :    Ed Reed
CSO                :    Escobedo
Date               :    September 18, 2001 at 9:00 am
```

United States District Court
Southern District of Texas
FILED

SEP 1 8 2001

Michael N. Milby, Clerk of Court

```
CASE CA NO. B-98-94 (636(c))
JACK Q JONES                              *          J TIJERINA

VS                                        *

BERT ROBINSON AND PHYLLIS ROBINSON        *          D CHAVES
                                                     C TOBIN
```

## 2nd DAY----- JURY TRIAL

Case called; All parties appeared and announced ready for trial;

Counsel proceed with opening arguments at 9:05 a.m.;

Pf's attorney, J Tijerina proceeds to call his 1st witness Jack Q Jones (9:22 a.m.);
Witness sworn and attorney proceeds with questioning;
Pf's attorney offers exhibits #6, 1, 2A and 2B, 7, 8, 9, and Joint Exhibits #2 and 3;
Witness cross-examined;

Court recess - 10:37 a.m;
Court resumes at 10:55 a.m.;

Witness, Jack Q Jones, continued on cross-examination;
Witness excused;

Court recess - for lunch at 12:00 p.m.;
Court resumes 1:20 p.m.;

Pf's attorney calls 2nd witness, Phyllis Robinson;
Witness sworn, questioned, cross examined and excused;

Pf's attorney calls 3rd witness, Bert Robinson;
Witness sworn, questioned, cross examined and excused;

Pf's attorney calls 4th witness, William B Hoeft, by form of deposition (transcript filed);

Court recess - 2:45 p.m.;
Court resumes 3:08 p.m.;

Pf's attorney calls 5th witness, John B Musa, by form of deposition;

Pf's attorney Tijerina sworn and testifies as to his attorney's fees; Deft's attorney cross examines Mr Tijerina;

Pf's attorney requests all Pf's exhibit and Joint exhibits be marked and admitted into

evidence;
The Court so admits the evidence; (Pf's exhibits #1,5,9,8,6,7,3A,3B,2A,2B,10,11 and Joint exhibits 9,1,3,2,8,7)(Deft's exhibit #1)

Deft's atty states he has no witnesses, but does have a pending motion;

The Jurors recess at 3:45 p.m. for the purpose of the Court addressing the pending motion;

Deft's atty moves for directed verdict;  Argument presented;
The Court denies Motion for Directed Verdict;

Court recess 4:00 p.m.;
Court resumes 4:55 p.m.;

Counsel have no opposition to the Charge of the Court;
Counsel proceed with final arguments;

At 5:35 p.m. the Court instructs the Jury on the law, Charge of the Court read to the Jury;

The Jurors recess to deliberate at 5:50 p.m.;

Court resumed at 8:50 p.m., jurors have reached a verdict;

Verdict read by the Court;

Court excused the jury;
Court adjourned at 9:00 p.m..