AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

68

| | | | | | |
|---|---|---|---|---|---|
| Jack Q Jones | vs. Bert Robinson & Phyllis Robinson | DISTRICT COURT Magistrate | | | |
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | DOCKET NUMBER B-98-94 (636(c)) | | | |
| J Tijerina | D Chaves / C Tobin | TRIAL DATE(S) 9-18-01 | | | |
| PRESIDING JUDGE Magistrate Felix Recio | COURT REPORTER Ed Reed | COURTROOM DEPUTY Maria C | | | |

United States District Court
Southern District of Texas
FILED
SEP 13 2001
Michael N. Milby, Clerk of Court

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | 1st witness: Jack Q Jones |
| ✓ | | 9-18-01 | ✓ | ✓ | Pf's exhibit #6 (copy phone statement) |
| ✓ | | 9-18-01 | ✓ | ✓ | Joint Exhibit #2 (Document showing price/quality of diamond |
| ✓ | | 9-18-01 | ✓ | ✓ | Pf's Exhibits #1 (small boxes in which diamonds packaged) |
| ✓ | | 9-18-01 | ✓ | ✓ | Pf's Exhibits #2A & 2B (Fed Ex boxes in which diamonds ship |
| ✓ | | 9-18-01 | ✓ | ✓ | Joint Exhibit #3 (memorandum) |
| ✓ | | 9-18-01 | ✓ | ✓ | Pf's Exhibit #7 (check $35,805.00 cost of 2 diamonds lost) |
| ✓ | | 9-18-01 | ✓ | ✓ | Pf's Exhibit #9 (receipt $60,000 → to Jack Q Jones for property sold to pay for diamonds lost) |
| ✓ | | 9-18-01 | ✓ | ✓ | Pf's Exhibit #8 (sheet stating wholesale value of diamonds) |
| ✓ | | 9-18-01 | | | 2nd witness: Phyllis Robinson |
| ✓ | | 9-18-01 | | | 3rd witness: Bert Robinson |
| ✓ | | 9-18-01 | | | 4th witness William Heft - by form of deposition |
| ✓ | | 9-18-01 | | | 5th witness John B Musa - by form of deposition |
| ✓ | | 9-18-01 | | | Attorney Tijerina testifies as to atty fees (witness |
| ✓ | | 9-18-01 | ✓ | ✓ | Pf's Exhibits 5, 3A & 3B and Joint Exhibits 9, 1, 8, 7 |
| | ✓ | 9-18-01 | ✓ | ✓ | Exhibit #1, Affidavit of atty fees |

Exhibit in custody of Sally Garcia - Case manager

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages