71

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 18 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JACK Q. JONES | * | |
| VS | * | C.A. NO. B-98-094 <br> (636(c)) |
| BERT ROBINSON | * | |
| And PHYLLIS ROBINSON | * | |

## ORDER

The jury, in the above-captioned cause of action, having retired to deliberate at 5:50 p.m., September 18, 2001, and the foreperson having advised the Court that the jury will continue its deliberation, the Clerk is hereby

**ORDERED** to provide the jury, consisting of 8 members with their meal on the 18th day of September, 2001.

A copy of this Order will be directed by the Clerk to the Financial Section.

Done at Brownsville, Texas, this 18th day of September 2001.

_____
Felix Recio
United States Magistrate Judge