73

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 16 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JACK Q. JONES | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-094 |
| | § | (636(c)) |
| BERT ROBINSON AND PHYLLIS | § | |
| ROBINSON AND FEDERAL EXPRESS | § | |
| CORPORATION | § | |

## FINAL JUDGMENT

On September 17, 2001, the court called this case for trial. Plaintiff, JACK Q. JONES, appeared in person and through his attorney and announced ready for trial. Defendants, PHYLLIS and BERT ROBINSON, appeared in person and through their attorney and announced ready for trial. The court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the court received, filed, and entered of record. JACK Q. JONES moved for entry of judgment on the verdict. The court considered the motion and renders judgment for JACK Q. JONES.

1.  Therefore, the court orders that plaintiff, JACK Q. JONES, recover the sum of $21,483.00 and his costs of court from defendants, PHYLLIS and BERT ROBINSON.

2.  Additionally, the court awards prejudgment interest on the sum at the annual rate of ten percent (10%), to be paid from January 14, 1997, until the date of the entry of this judgment.

3.  JACK Q. JONES requested reasonable attorney fees and filed an affidavit and offered testimony proving attorney fees in the amount of $13,108.00. The court orders PHYLLIS and

BERT ROBINSON to pay JACK Q. JONES $7,864.80 for attorney fees.

4. Postjudgment interest is payable on all the above amounts allowable by law at the rate of ten percent (10%), from the date this judgment is entered until the date this judgment is paid.

5. The court orders execution to issue for this judgment.

6. The court denies all relief not granted in this judgment.

7. This is a FINAL JUDGMENT.

SIGNED on 15th November, 2001.

**Felix Recio**
**U.S. Magistrate Judge**