

United States District Court
Southern District of Texas
Office of the Clerk
600 E Harrison #101
Brownsville, Texas 78520
(956) 548-2500

RE:     Cause No.  B-98-cv-94

       Jack Q Jones

       Vs

       Bert Robinson & Phyllis Robinson

Dear Sir / Madam:

    Judgment entered in the above case has become final due to expiration of time for appeal and / or entry of a Mandate.

    Rule LR79.2 of the Local Rules of this Court, effective May 1, 2000, provides that within 30 days after final adjudication, all exhibits shall be removed by the party who offered them.

    Since the time for compliance with the above rule has expired and exhibits remain in the custody of the Clerk, this is your NOTICE to please remove them immediately. If you do not respond within 2 weeks, said exhibits will be disposed of by the Clerk.

Yours very truly,
Michael N Milby, Clerk


By:_____
    Deputy Clerk


cc: all counsel
08/20/02